IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**AUDRY ANDERSON,**

        **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　　**Civil Action No. 3:07cv65**

**WILLIAM R. SHARPE, Jr. HOSPITAL,**

        **Respondent.**

## ORDER

On May 30, 2007, the *pro se* petitioner initiated this case by filing a handwritten document which appears to request habeas corpus relief. On May 31, 2007, the Clerk's office sent the petitioner a Notice of Deficient Pleading which advised him that he must either pay the $5.00 filing fee or submit an Application to Proceed Without Prepayment of Fees. The Notice further advised the petitioner that he must comply with the notice within thirty (30) days. On June 19, 2007, the Clerk's office received a letter from the petitioner, which is barely legible. However, it appears to indicate that the he has heard nothing regarding his case, and hence leads to the conclusion that he may not have received the Notice of Deficient Pleading.

Consequently, it is **ORDERED** that the Clerk of the Court shall send the petitioner another Application to Proceed Without Prepayment of Fees. It is further **ORDERED** that the petitioner must return the completed form within **20 days** of entry of this Order. **Failure to do so will result in the dismissal of the petition without prejudice.**

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

ENTER: July 16, 2007

                                            /s/ James E. Seibert
                                            JAMES E. SEIBERT
                                            UNITED STATES MAGISTRATE JUDGE